AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Eastern District of Texas, Tyler Division_ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:17-cv-591 | DATE FILED<br>10/18/2017 | U.S. DISTRICT COURT<br>Eastern District of Texas, Tyler Division |
|---|---|---|
| PLAINTIFF<br>REALTIME ADAPTIVE STREAMING LLC | | DEFENDANT<br>CISCO SYSTEMS, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,934,535 | 1/13/2015 | REALTIME ADAPTIVE STREAMING LLC |
| 2 | 9,769,477 | 9/19/2017 | REALTIME ADAPTIVE STREAMING LLC |
| 3 | 8,929,442 | 1/6/2015 | REALTIME ADAPTIVE STREAMING LLC |
| 4 | 9,762,907 | 9/12/2017 | REALTIME ADAPTIVE STREAMING LLC |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Plaintiff's claims for relief against Defendants are DISMISSED WITH PREJUDICE and Defendants' corresponding defenses are DISMISSED WITHOUT PREJUDICE. |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>Belinda Saenz | DATE<br>9/24/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**